MICHAEL A. SCHLAGENHAFT,

Plaintiff,

v.

Case No. 24-cv-1254-bhl

YAHNER et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Michael Schlagenhaft is representing himself in this 42 U.S.C. §1983 action. On February 14, 2025, the Court dismissed this case after concluding the amended complaint failed to state a claim on which relief could be granted. The Prison Litigation Reform Act (PLRA) applies to this case because Schlagenhaft was incarcerated when he filed his complaint. That law requires prisoner-plaintiffs to pay the $350 filing fee over time in accordance with the formula set forth in 28 U.S.C. §1915. On June 22, 2026, Schlagenhaft filed a motion in which he asserts that, as ordered, he has been paying the filing fee through monthly deductions from his regular account. He states that he has enough money in his release account to pay the remainder of the filing fee, and he asks the Court for permission to access those funds.

The PLRA requires courts to collect filing fees from a "prisoner's account." 28 U.S.C. §1915(b). Wisconsin prisoners have two types of accounts, a regular account and a release account. *Spence v. McCaughtry*, 46 F. Supp. 2d 861, 862 (E.D. Wis. 1999). "A release account is a restricted account maintained by the Wisconsin Department of Corrections to be used upon the prisoner's release from custody upon completion of his sentence." *Wilson v. Anderson*, Case No. 14-C-798, 2014 WL 3671878, at *3 (E.D. Wis. July 23, 2014) (citing Wis. Admin. Code § DOC 309.466). Given the purpose of the release account, federal courts do not focus on that account as the source of funds to satisfy the filing fee payment requirements. *See Smith v. Huibregtse*, 151 F. Supp. 2d 1040, 1042 (E.D. Wis. 2001). Although federal courts will sometimes allow a plaintiff to pay the initial partial filing fee with funds in his release account, federal courts are less willing

to allow a plaintiff to pay the full filing fee from that account. Allowing this practice would significantly deplete the value of the prisoner's release account, thereby undermining the very purpose of the account. Accordingly, the Court will deny Schlagenhaft's motion to pay the remainder of the filing fee with funds in his release account. Monthly deductions will continue to be made from Schlagenhaft's regular account in accordance with §1915(b)(2).

**IT IS THEREFORE ORDERED** that Schlagenhaft's motion to use money in his release account to pay the filing fee (Dkt. No. 19) is **DENIED**.

Dated at Milwaukee, Wisconsin on June 26, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge

2